# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JAMES EVERETT SHELTON, individually and on behalf of all those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> RESORTCOM INTERNATIONAL, LLC, <br><br> Defendant. | Case No. 1:19-cv-01378-PAG <br><br> Judge: Hon. Patricia A. Gaughan |

## SECOND STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

It is hereby stipulated and consented by and between the undersigned counsel for Plaintiff James Shelton ("Plaintiff") and Defendant ResortCom International, LLC ("Defendant"), that the date by which Defendant must answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended by seven (7) days through Friday, August 2, 2019.[1]

| | |
|---|---|
| *s/ Brian K. Murphy* | *s/ David J. Oberly* |
| MURRAY MURPHY MOUL + BASIL LLP | BLANK ROME LLP |
| Brian K. Murphy (0070654) | David J. Oberly (0088410) |
| Jonathan P. Misny (9900673) | 1700 PNC Center |
| 1114 Dublin Road | 201 East Fifth Street |
| Columbus, Ohio 43215 | Cincinnati, Ohio 45202 |
| Phone: 614.488.0400 | Phone: 513.362.8711 |
| Fax: 614.488.0401 | Fax: 513.362.8798 |
| Email: murphy@mmmb.com | Email: doberly@blankrome.com |
| Email: misny@mmmb.com | |
| | Ana Tagvoryan (*pro hac vice* forthcoming) |
| Anthony I. Paronich | 2029 Century Park East, Sixth Floor |
| PARONICH LAW, P.C. | Los Angeles, CA 90067 |
| 350 Lincoln Street, Suite 2400 | Phone: 424.239.3465 |
| Hingham, MA 03043 | Fax: 424.239.3690 |
| Phone: 508.221.1510 | Email: atagvoryan@blankrome.com |
| Email: anthony@paronichlaw.com | |

---

[1] By executing this Stipulation, ResortCom is not waiving its ability to challenge venue and personal jurisdiction, and hereby reserves its right to assert such a challenge at the appropriate time.

| | |
|---|---|
| *Counsel for Plaintiff James Everett Shelton* | Jeffrey N. Rosenthal (*pro hac vice* forthcoming)<br>One Logan Square, 130 N. 18th Street<br>Philadelphia, PA 19103<br>Phone: 215.569.5553<br>Fax: 215.832.5533<br>Email: rosenthal-j@blankrome.com<br><br>*Counsel for ResortCom International, LLC* |
| Dated: July 26, 2019 | Dated: July 26, 2019 |
| **IT IS SO ORDERED.** | **BY THE COURT:** |
| | _____<br>**HON. PATRICIA A. GAUGHAN**<br>**United States District Judge** |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record using the Court's ECF filing system.

Dated: July 26, 2019          *s/ David J. Oberly*
                                            David J. Oberly (0088410)