IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JAMES EVERETT SHELTON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESORTCOM INTERNATIONAL, LLC<br><br>Defendant. | Case No. 1:19-cv-01378<br><br>Honorable Patricia A. Gaughan |

So Ordered.
/s/ Patricia A. Gaughan
11/1/19

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff James Everett Shelton files this stipulation of voluntary dismissal with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims in the above case, with each side bearing its own costs and fees. None of the rights of any putative class members other than Plaintiff have been released or are otherwise affected by this dismissal. This dismissal resolves the entire action.

RESPECTFULLY SUBMITTED AND DATED this 1st day of November, 2019.

By: */s/ Jonathan P. Misny*
Jonathan P. Misny
**MURRAY, MURPHY, MOUL & BASIL**
1114 Dublin Road
Columbus, OH 43215
(614) 488-0400
Fax: (614) 488-0401
Email: misny@mmmb.com

*Counsel for Plaintiff*

By: */s/ Jeffrey N. Rosenthal*
Jeffrey N. Rosenthal
**BLANK ROME LLP**
One Logan Square
130 N. 18th Street
Philadelphia, PA 191013
(215) 569-5553
Fax: (215) 832-5553
Rosenthal-j@blankrome.com

*Counsel for Defendant
ResortCom International, LLC*

156505.00601/122095596v.1